DOROTHY KLUBER, APPELLANT, v. WILLIAM F. PFER-DOERT ET AL., RESPONDENTS.

Submitted February 11, 1938—Decided April 29, 1938.

For the appellant, *Luke A. Kiernan, Jr.*

For the respondents, *Charles Becker* and *Franklin J. Marryott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.